RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE
701 BRIDGER AVENUE SUITE 820
LAS VEGAS, NEVADA 89101
(702) 853-4500

RECEIVED & FILED
SEP 1  11 36 AM '09
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| IN RE: | ) | BK-S-05-23647-MKN |
| TAYLOR, JAMES A. | ) | Chapter 13 |
| TAYLOR, PAULETTE K. | ) | |
| | ) | **NOTICE OF UNCLAIMED FUNDS** |
| | ) | |

TO:  Clerk, United States Bankruptcy Court

From: Rick A. Yarnall, Chapter 13 Bankruptcy Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| **Claim#** | **Claimant & Address** | **CAS 106000** | **CAS613300** |
|---|---|---|---|
| 93 | FIRST PREMIER<br>C/O TRUELOGIC FINANCIAL CORP.<br>P.O. BOX 4238<br>ENGLEWOOD, CO  80155 | $8.35 | |
| | Totals | $8.35 | |

Date: 08/31/2009

RICK A. YARNALL, TRUSTEE
Rick A. Yarnall
Chapter 13 Bankruptcy Trustee

NOTE: Claims that are $25.00 or less go into CAS 106000. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on one check.

Reason:  Working on stale dated check report. Sent to Unclaimed Funds as cannot locate creditor.

192363  $8.35